# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 2 3 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     vs.<br><br>GUADALUPE GUEVARA-PENUELAS,<br><br>               Defendant. | CASE NO. 10CR4689-MMA<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**_X_** an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**_x_** of the offense(s) on the Information of: 21:952 and 960 - Importation of a Controlled Substance

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/23/10

_____
LOUISA S PORTER
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____